652

*eral Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 224. WIGGINS *v.* KENNARD. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Daniel N. Kirby* and *Harry W. Kroeger* for petitioner. *Mr. Paul Bakewell, Jr.* for respondent.

No. 227. GREAT SOUTHERN TRUCKING Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas C. Guthrie* and *E. T. McIlvaine* for petitioner. *Solicitor General Fahy* and *Messrs. Valentine Brookes, Robert B. Watts, Ernest A. Gross,* and *Ralph Winkler* for respondent.

No. 228. SCHRAM, RECEIVER, *v.* COYNE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert S. Marx, Frank E. Wood,* and *George P. Barse* for petitioner. *Mr. Harry C. Bulkley* for respondent.

No. 229. ALABAMA POWER Co. *v.* FEDERAL POWER COMMISSION. October 12, 1942. Petition for writ of certiorari to the U. S. Court of Appeals for the District of Columbia denied. *Messrs. H. C. Kilpatrick, P. W. Turner, Walter Bouldin,* and *William M. Moloney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Richard J. Connor* and *Charles V. Shannon* for respondent.